IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER BROWN,

       Plaintiff,                    No. 2:12-cv-2685 AC P

      vs.

R. GOWER, et al.,

       Defendants.              ORDER

_____/

       Plaintiff has filed a motion for extension of time to file a second amended complaint. Petitioner seeks a six month extension, because he is due to be released on June 4, 2013 and would like time to seek the advice or representation of an attorney. See ECF No. 13.

       The amount of time requested by petitioner is extraordinary. However, in light of the circumstances, the court is willing to grant plaintiff's request.

       No further extensions will be granted. The court considers the end of the extension period to be plaintiff's final deadline for the filing of the amended complaint, and plaintiff is encouraged to file his amended complaint earlier than this deadline if he is able to do so. In determining when to file, plaintiff is reminded to consider the statute of limitations governing section 1983 actions, see Jones v. Blanas, 393 F.3d 918, 927 (9th Cir. 2004) and Fink

1

1 v. Shedler, 192 F.3d 911, 914 (9th Cir. 1999), and its possible application to any amendment(s).

2     Good cause appearing, IT IS HEREBY ORDERED that:

3     1. Plaintiff's March 18, 2013, motion for an extension of time (Docket No. 13) is

4 granted; and

5     2. Plaintiff's second amended complaint shall be filed no later than October 8,

6 2013.

7 DATED: April 4, 2013.

                        ALLISON CLAIRE
                        UNITED STATES MAGISTRATE JUDGE

AC:rb
brow2685.36

2