UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GOWER, et al.,<br><br>    Defendants. | No. 2:12-cv-2685 AC P<br><br><br><br>ORDER |

  By order filed February 26, 2013, plaintiff's first amended complaint was dismissed and thirty days leave to file an amended complaint was granted. On April 5, 2013, plaintiff was granted an additional six month extension in which to file a second amended complaint. More than thirty days from that extended deadline have now passed, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

  Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 4, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1